# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adams, John R | Northern District, Ohio | 5/11/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ○ Nomination.  Date <br> ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 2 South Main Street <br> Akron, OH 44308 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | Guardianship #1 (See Part VIII) |
| 2. Guardian | Guardianship #2 (See Part VIII) |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Adams, John R | 4/24/2004 |

## III. NON-INVESTMENT INCOME.(Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE**   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Rent, Fairlawn, Ohio Property | 3,000.00 |
| 2. | 2003 | Guardianship #1 (Guardian Fees - See Part VIII) | 6,799.99 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE**   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ **NONE**   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. West Publishing | Federal Supp. | $5,429 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Valley Savings Bank (See Part VIII) | Mortgage on residence/rental property (Duplex) | N |
| 2. KeyBank | Credit Line | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Fairlawn, OH | C | Rent | N | Q | | | | | (See VIII) |
| 2. FirstMerit Govt. Money Market Fund | | | | | | | | | (See VIII) |
| 3. FirstMerit Common Stock | B | Dividend | K | T | | | | | |
| 4. Fidelity Advisor Equity Growth Class I #86 | A | Dividend | J | T | | | | | |
| 5. Fidelity Advisor Equity Portfolio Income Class #80 | A | Dividend | J | T | | | | | |
| 6. Fidelity Contrafund #22 | A | Dividend | J | T | | | | | |
| 7. FirstMerit Equity Fund #488 | | | | | | | | | (See VIII) |
| 8. Franklin Small-Mid Cap Growth Fund Class A #198 | A | Dividend | J | T | | | | | |
| 9. Templeton Foreign Fund Class A #104 | A | Dividend | J | T | | | | | |
| 10. McDonald Investments: Fidelity Adv. Growth Opp Class B | A | Dividend | | | Sold | 1/3 | J | A | |
| 11. McDonald Investments: Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 12. Federated Automated Govt. Cash Reserve | A | Dividend | J | T | | | | | (See VIII) |
| 13. Federated Automated Govt. Cash Reserve | | | | | Buy | 7/15 | | B | |
| 14. Federated Capital Appreciation Fund Class A | A | Dividend | K | T | Sold | 7/15 | J | A | (See VIII) |
| 15. Northwestern Mutual Life Ins. (Whole Life Policy No. 1) | A | Dividend | J | T | | | | | (See VIII) |
| 16. Northwestern Mutual Life Ins. (Whole Life Policy No. 2) | A | Dividend | J | T | | | | | (See VIII) |
| 17. Ohio Public Employees Retirement System (X) | A | Interest | K | T | | | | | (See VIII) |
| 18. Retirement Account: | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Federated Govt. Obligations Fund | A | Dividend | J | T | Sold | 1/24 | K | A | |
| 20. FirstMerit Common Stock | A | Dividend | J | T | | | | | |
| 21. Fidelity Advisor Equity Growth Class I #86 | A | Dividend | K | T | Buy | 1/23 | J | | |
| 22. Fidelity Advisor Equity Portfolio Income Class I #80 | A | Dividend | K | T | Buy | 1/23 | J | | |
| 23. Fidelity Blue Chip Growth #312 | A | Dividend | K | T | Buy | 1/23 | J | | |
| 24. Franklin Small-Mid Cap Growth Fund Class A #198 | A | Dividend | J | T | Buy | 1/23 | J | | |
| 25. White Oak | A | Dividend | J | T | | | | | |
| 26. Templeton Foreigh Fund Class A #104 | A | Dividend | J | T | Buy | 1/23 | J | | |
| 27. Guardianship #1 & #2 | | | | | | | | | (See VIII) |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Adams, John R | 5/11/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1) Part I, page 1, line 1 - Guardianship #1 - The undersigned resigned as Guardian of the Estate (financial) prior to assuming the Federal Bench and has also resigned as Guardian of the Person (medical & personal decisions).

2) Part I, page 1, line 2 - Guardianship #2 - The undersigned resigned as Guardian of the Estate (financial); however, continues to serve as Guardian of the Person (medical & personal decisions). Ward is mentally and physically disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984.

3) Part III, page 2, line 2 - Guardian fees were received prior to asuming the Federal Bench - Guardianship terminated.

4) Part VI, page 3, line 1 - Charter One Bank no longer reflected on schedule due to refinancing of obligation - now held by Valley Savings Bank.

5) Part VII, page 1, line 1 - Appraisal on Fairlawn property conducted 7/03 as part of refinance.

6) Part VII, page 1, line 2 - Financial Institution (FirstMerit) discontinued use of FirstMerit Money Market Fund 8/16/2002.

7) Part VII, page 1, line 7 - Financial Institution (FirstMerit) discontinued use of FirstMerit Equity Fund on 8/2/2002.

8) Part VII, page 1, line 12 - Federated Automated Govt. Cash Reserve - Money Market Fund which replaced FirstMerit Money Market Fund on 8/16/2002 (See Item 5 above).

9) Part VII, page 1, line 14 - Federated Capital Appreciation Fund Class A replaced FirstMerit Equity Fund on 8/2/2002 (See Item 6 above).

10) Item VII, page 1, lines 15 & 16 - Northwestern Mutual Life Insurance Whole Life Policies (2) were erroneously omitted in prior report.

11) Part VII, page 1, line 17 - Ohio Public Employees Retirement Benefits not previously listed - because no right to monies until I resigned my State Judicial Post.

12) Part VII, page 2, line 27- Guardianship #1 & #2 - No longer reported due to resignations.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu█████████████████████████████     Date   5-11-04

NOTE: █████████████ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544